Marcus A. Helt (TX 24052187)
Matthew J. Pyeatt (TX 24086609)
**GARDERE WYNNE SEWELL LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
mhelt@gardere.com
mpyeatt@gardere.com

**COUNSEL TO THE DEBTOR**
**AND DEBTOR-IN-POSSESSION**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **ASCENT GROUP, LLC** | § | **Case No. 16-34436** |
| d/b/a Physicians ER Oak Lawn, | § | |
| | § | |
| Debtor. | § | |

**CERTIFICATE OF NO OBJECTION**
**[Related Docket No. 184]**

On August 23, 2017, the Debtor and Highland Park Emergency Center LLC d/b/a Highland Park Emergency Room and Omega Emergency Physicians, PLLC (the "**Proponents**") filed their *First Amended Joint Chapter 11 Plan of Liquidation for Ascent Group, LLC d/b/a Physicians ER – Oak Lawn* [Docket No. 184] (the "**Solicited Plan**").

The Proponents hereby certify that: (a) the Solicited Plan was served electronically via the Court's PACER system on August 23, 2017, and was served on August 29, 2017 via first-class mail on the parties listed on the Certificate of Service filed on August 29, 2017 at Docket No. 192; (b) the Confirmation Objection Deadline of October 3, 2017[1] has passed; and (c) no

---

[1] The *Notice of Hearing to Consider Confirmation of First Amended Joint Chapter 11 Plan of Liquidation for Ascent Group, LLC* [Docket No. 190] defines the Confirmation Objection Deadline as October 3, 2017 at 5:00 PM (CT).

responses, objections, or requests for hearing regarding the Solicited Plan have been filed with the Bankruptcy Court or otherwise submitted to the Proponents.

DATED: October 9, 2017

Respectfully submitted,

*/s/ Matthew J. Pyeatt*
Marcus A. Helt (TX 24052187)
Matthew J. Pyeatt (TX 24086609)
**GARDERE WYNNE SEWELL LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201-4761
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
mhelt@gardere.com
mpyeatt@gardere.com

**COUNSEL TO THE DEBTOR
AND DEBTOR-IN-POSSESSION**

## CERTIFICATE OF SERVICE

I hereby certify that, on October 9, 2017, a true and correct copy of the foregoing document was served electronically via the Court's PACER system.

*/s/ Matthew J. Pyeatt* `
Matthew J. Pyeatt